JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSE A. ROMERO, | Case No. 18-CV-2479 AB (JCx) |
|---|---|
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | |
| CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, JOSEPH SCIDA, LUIS MOTA and ROLANDO REYES, | Before District Judge Andre Birotte, Jr. |
| Defendants. | |

In light of the Jury Verdict rendered on October 11, 2019, with GOOD CAUSE APPEARING, IT IS HEREBY ORDERED ADJUDGED AND DECREED that judgment be entered in favor of Plaintiff Jose Romero.

Based on the special verdict Plaintiff Jose Romero shall recover jointly and severally from Defendants $93,000.00 plus costs, including reasonable attorneys' fees, and interest accrued at the rate at the rate specified by 28 U.S.C. § 1961.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiff Jose Romero shall recover from each Defendant named below the following, plus interest accrued at the rate specified by 28 U.S.C. § 1961.

| | |
|---|---|
| Joseph Scida | $ 3,500.00 |
| Rolando Reyes | $ 2,300.00 |
| Luis Mota | $ 2,900.00 |

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiff Jose Romero, as the prevailing party in accordance with the jury's verdict, this 42 U.S.C. § 1983 action, may be entitled to recover his attorneys' fees and costs reasonably incurred in prosecuting this action in accordance with 42 U.S.C. § 1988, and the Federal Rules of Civil Procedure and the U.S. Central District Local Rules, plus accrued interest at the rate specified by 28 U.S.C. § 1961.

Dated: November 19, 2019

_____

André Birotte Jr.

United States District Judge