NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ROMERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, SERGEANT SCIDA (#36457) and OFFICERS L. MOTA (#36236), and ROLANDO REYES (#40499)<br><br>　　　　　Defendants. | CASE NO: CV18-02479-AB (JCx)<br>*Hon. Andre Birotte, Jr., Ctrm. 7B, 7th Fl., 1st Street*<br>*Mag. Jacqueline Chooljian, Ctrm. 750, 7th Fl., Roybal*<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS SERGEANT JOSEPH SCIDA, OFFICER ROLANDO REYES, OFFICER LUIS MOTA, THE LOS ANGELES POLICE DEPARTMENT AND THE CITY OF LOS ANGELES** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Having considered the Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial, filed by Defendants Sergeant Joseph Scida, Officer Rolando Reyes, Officer Luis Mota, the Los Angeles Police Department and the City of Los Angeles (collectively, "Defendants"), the evidence presented in support thereof and oral argument of counsel, the Court GRANTED the Defendants' motion for judgment as a matter of law and denied the motion for new trial as moot [Doc. 150].

1

1    It is now therefore ORDERED, ADJUDGED AND DECREED that Defendants Sergeant Joseph Scida, Officer Rolando Reyes, Officer Luis Mota, the Los Angeles Police Department and the City of Los Angeles are entitled to judgment in their favor and against Plaintiff Jose A. Romero, that Plaintiff Jose A. Romero have and recover nothing by reason of each and all of the claims set forth in his Complaint for Damages for violations of Civil Rights against Defendants.

The Court in its discretion declines to award Defendants their costs in light of the complexities of this case, the expenses Plaintiff incurred to prevail in the underlying criminal action, the financial disparity between Plaintiff and Defendants, and to avoid chilling plaintiffs from bringing substantial civil rights cases.

**IT IS SO ORDERED.**

DATED: September 30, 2020    _____
**HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE**

2